**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | |
|---|---|
| CONDEMNATION BY THE MERCER AREA SCHOOL DISTRICT OF MERCER COUNTY FOR ACQUISITION OF LAND FOR SCHOOL PURPOSES IN THE BOROUGH OF MERCER, BEING THE LANDS OF KEVIN AND DOREEN WRIGHT AND GLENN AND EDITH KROFCHECK | : No. 272 WAL 2014<br>:<br>:<br>: Petition for Allowance of Appeal from the<br>: Order of the Commonwealth Court<br>:<br>:<br>:<br>:<br>: |
| PETITION OF: GLENN AND EDITH KROFCHECK | :<br>: |

## ORDER

**PER CURIAM**

    **AND NOW**, this 21st day of October, 2014, the Application to Impose Sanctions and the Petition for Allowance of Appeal are **DENIED**.